IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MUSTAFA JADEED ABDULLAH,   )<br>                             )<br>    Plaintiff,             )<br>                             )<br>    v.                       )<br>                             )<br>THE ALABAMA SENTENCING      )<br>COMMISSION and LYNDA        )<br>FLYNT in her capacity as    )<br>director,                   )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>2:08cv855-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit challenging Alabama's Sex Offender Registration and Community Notification Statute, as enacted in Act No. 2005-301.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 22nd of September


     /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**