IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MUSTAFA JADEED ABDULLAH,     )
                             )
    Plaintiff,               )
                             )
                             )    CIVIL ACTION NO.
    v.                       )      2:08cv855-MHT
                             )          (WO)
THE ALABAMA SENTENCING       )
COMMISSION and LYNDA         )
FLYNT in her capacity as     )
director,                    )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 19) is adopted.

(3) Defendants' motion to dismiss (Doc. No. 8) is granted.

 (4) Defendants' motions for summary judgment (Doc. Nos. 8 & 13) are denied as moot.

 (5) This lawsuit is dismissed in its entirety.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of September, 2009.

       /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**